Form oreqntc

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Terri Hinton  *Case No.:* 18–70096
*Debtor*

*Chapter:* 13

## NOTICE REQUESTING ORDER

**The following must be submitted on or before 6/10/22.**

☐ A hearing having been held re: , please upload an order on said cause.

☑ An objection date of 5/26/22 having been given re: Debtor's Motion to Modify Plan [Doc 48] and no objections having been filed, please upload an order on said cause.

☐ Other:

**Failure to file/upload an order by the date specified above may result in the Motion/Application being denied without further notice.**

*Dated:* 5/27/22

　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.