# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0753–3 | User: admin | Date Created: 5/27/2022 |
| Case: 18–70096 | Form ID: oreqntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee      USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 1