**IT IS SO ORDERED.**

**SIGNED THIS: June 1, 2022**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATE BANKRUPTCY COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TERRI HINTON ) | |
| ) | |
| ) | Case No. 18-70096 |
| ) | Chapter 13 |
| DEBTOR. ) | |

ORDER TO AMEND PLAN

THIS MATTER coming to be heard on the Motion to Modify Plan filed by TERRI HINTON, Debtor, to reduce the amount of time to pay the remaining balance due under the confirmed Original Chapter 13 Plan; and the Court having considered arguments of counsel; and there being no objections to said Motion:

IT IS HEREBY ORDERED THAT: Debtors pay the remaining balance of the base amount of their Original Chapter 13 Plan and upon payment said Plan shall be completed.

###